# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Nos. 2025-1515, 2025-1577

*Alcon Inc. v. Padagis Israel Pharmaceuticals Ltd.*

Appeal from the United States District Court for the
District of Delaware in No. 1:22-cv-01422-WCB, Judge William C. Bryson

## AMENDED STATEMENT REGARDING SCHEDULING CONFLICTS

I am the arguing counsel for Plaintiffs-Appellants Alcon Inc., Alcon Vision, LLC, and Alcon Laboratories, Inc. in this appeal. I will be unavailable to attend oral argument on the following dates:

- **July 6-7, 2026**. During this period I will be on a pre-planned, pre-paid family vacation to Mexico and will not return to the United States until July 7.

- **August 3-7, 2026**. During this period I will be on a pre-planned, pre-paid family vacation in the Netherlands and Spain. I depart on August 3 and will not return to the United States until August 13.

- **October 5, 2026 (already accepted) and October 6, 2026**. Beginning September 28, 2026, I will be serving as trial counsel in the case of *Genentech, Inc. v. Millennium Pharmaceuticals, Inc.*, No. 23-civ-00924, in the Superior Court of San Mateo County, California. The trial is currently scheduled to last through approximately October 5, 2026. Because of my responsibilities as trial counsel, if the trial ends on October 5 as currently approximated by the parties, I will be traveling back from California on October 6, 2026, and thus unavailable.

I am also expected to be arguing counsel in the following cases pending before this Court:

- *112 Genesee Street, LLC v. United States*, No. 2025-1373: I am counsel for Plaintiffs-Appellees in this case. Defendant-Appellant is currently evaluating whether to file a petition for rehearing en banc. A petition for rehearing is currently due May 7, 2026.

Dated: April 30, 2026

Respectfully submitted,

/s/ Charles McCloud
Charles McCloud
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000

*Counsel for Plaintiffs-Appellants*